# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**JASON P. BARRAS**                          **CASE NO. 6:20-CV-00528 SEC P**

**VERSUS**                                   **JUDGE ROBERT R. SUMMERHAYS**

**TED AYO, ET AL.**                          **MAGISTRATE JUDGE HANNA**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C.1915(e)(2), as frivolous.

THUS DONE in Chambers on this 17th day of July, 2020.

**Robert S. Summerhays**
**United States District Judge**